IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM JUNIOR SAVAGE, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> SUPERINTENDENT BRIAN ) <br> COLEMAN, THE DISTRICT ) <br> ATTORNEY OF THE COUNTY OF ) <br> FAYETTE and THE ATTORNEY ) <br> GENERAL OF THE STATE OF ) <br> PENNSYLVANIA, ) <br> ) <br> Respondents. ) | Civil Action No. 11 – 518 <br><br> District Judge Mark R. Hornak <br> Chief Magistrate Judge Lisa Pupo Lenihan |

## MEMORANDUM ORDER

This case is before the Court on the Report and Recommendation issued by Chief Magistrate Judge Lisa Pupo Lenihan on July 26, 2013, recommending that the Petition for Writ of Habeas Corpus and a certificate of appealability be denied. The parties were served with the Report and Recommendation and informed that they had until August 12, 2013, to file written objections. As of the date of this order, however, no objections have been filed. Therefore, after *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered.

AND NOW, this 22nd day of August, 2013,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 2) is **DENIED**.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

1

IT IS FURTHER ORDERED that the Report and Recommendation dated July 26, 2013 (ECF No. 24) is ADOPTED as the opinion of the Court.

IT IS FURTHER ORDERED that the Clerk of Court mark this case CLOSED.

AND IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

Mark R. Hornak
United States District Judge

cc: William Junior Savage
JN-8912
SCI Fayette
PO Box 9999
LaBelle, PA 15450
(*Via First Class U.S. Postal Mail*)

Counsel of Record
(*Via ECF Electronic Mail*)